George A. Farnham, Appellant, v. Le Bolt & Company, Respondent.— Judgment modified by striking therefrom the allowance of fifty dollars costs, and as so modified unanimously affirmed, without costs.

George A. Fearey, Respondent, v. New York Telephone Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Lewis S. Hayes, Respondent, v. Syracuse, Binghamton and New York Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Anna M. Healy, Respondent, v. William J. Healy and Michael C. Healy, as Executors, etc., Appellants.— Judgment unanimously affirmed, with costs.

William H. Henry & Company, Appellant, v. Alfred A. Mitchell, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William H. Henry & Company, Appellant, v. George B. Houston, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William H. Henry & Company, Appellant, v. Joseph J. Devlin, Respondent.— Order affirmed, with ten dollars costs and disbursements, All concurred.

Norbert L. Hoffman, Respondent, v. The State of New York, Appellant. — Determination unanimously confirmed, with costs.

Dora Gulnack Hudler, Appellant, v. Davis Winne Hudler, Respondent. — Order unanimously affirmed, with costs.

Julius M. Kissley, Respondent, v. The Ulster and Delaware Railroad Company, Appellant.— Judgment and order unanimously affirmed, without costs.

Irene Kissley, Respondent, v. The Ulster and Delaware Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

John E. Mullen, as Administrator, etc., Appellant, v. The Schenectady Railway Company, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Estate of Elizabeth S. Eaton, Deceased.— Decree dated December 30, 1912, unanimously affirmed, with costs, upon the opinion in *Matter of Eaton* (*ante*, p. 7), decided herewith.

In the Matter of the Examination of George G. Goodrich, Judgment Debtor, Appellant, in Proceedings Supplementary to Execution upon the Application of Nash Rockwood, Respondent, a Judgment Creditor, under a Judgment Recovered in an Action Entitled George G. Goodrich v. Nash Rockwood.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John L. Nolan, Respondent, v. A. Vedder Magee, Appellant, Impleaded with Others, — Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. Carl E. Conger and Daniel Carneross v. Town Board of the Town of Smyrna, N. Y., Constituting the Board of Elections.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. All concurred.